**Robert Harold HAHN, Sr.,**
**Plaintiff–Appellant,**

v.

**MARYLAND TRANSPORTATION**
**AUTHORITY POLICE,**
**Defendant–Appellee.**

**No. 04–1388.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2004.

Decided: Sept. 10, 2004.

Robert Harold Hahn, Sr., Appellant pro se.

Karen June Kruger, Office of the Attorney General, Baltimore, Maryland, for Appellee.

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Harold Hahn, Sr., appeals the district court's order dismissing this action because Defendant is immune from suit under the Eleventh Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hahn v. Maryland Trans. Auth. Police,* No. CA–03–3412–AMD (D.Md. Feb. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*